IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARIA T. GOICOCHEA,

   Petitioner,

     v.

BUTCH CONWAY
Sheriff, Gwinnett County Detention
Center,

   Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-1066-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for failure to exhaust state remedies and lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 31 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Goicochea\r&r.wpd